United States District Court
Southern District of Texas
**ENTERED**
October 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAASIQ HANIF, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-02974 |
| | § | |
| ANGEL ARSH, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. No. 18). Pursuant to Federal Rule of Civil Procedure 41(a), the Court approves the parties' jointly filed stipulation.

Accordingly, it is ORDERED that all claims the plaintiff, Waasiq Hanif asserts against all defendants in this civil action are dismissed, with prejudice.

It is FURTHER ORDERED that each party shall bear his or its own costs and attorneys' fees associated with this action.

It is so ORDERED.

SIGNED on October 16, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge